IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIC INSURANCE COMPANY | : |
| | : |
| v. | : CIVIL ACTION NO. 09-0877 |
| | : |
| PJP CONSULTING, LLC and | : |
| DZARNYI PUKUMA | : |

## **ORDER**

AND NOW, this __22nd__ day of October, 2010, upon consideration of the Motion of Defendant, Dzarnyi Pukuma, to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(1) of the Federal Rule of Civil Procedure and the Declaratory Judgment Act, 28 U.S.C. § 2201 (ECF No. 14), and Plaintiff NIC Insurance Company's Cross-Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (ECF No. 20), it is ORDERED as follows:

i. The Motion of Defendant, Dzarnyi Pukuma, to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(1) of the Federal Rule of Civil Procedure and the Declaratory Judgment Act, 28 U.S.C. § 2201 (ECF No. 14) is GRANTED.

ii. Plaintiff NIC Insurance Company's Complaint is DISMISSED without prejudice.

iii. Plaintiff NIC Insurance Company's Cross-Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 (ECF No. 20) is DISMISSED as moot.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge